## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**SEYEDEH PARVANEH FAZELI**
**and SEYED MOHMOUD FAZELI,**

     *Plaintiffs*,

**v.**                                          **Case No.: 1:25cv264-MW/MJF**

**MARCO RUBIO, et al.,**

     *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiffs' case is **DISMISSED without prejudice** for failure to comply with two Court Orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on August 10, 2026.**

                             **s/Mark E. Walker**
                             **United States District Judge**